| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | L. Timothy Fisher (State Bar No. 191626) |
|   | Joshua R. Wilner (State Bar No. 353949) |
| 3 | Joshua B. Glatt (State Bar No. 354064) |
|   | 1990 North California Blvd., Suite 940 |
| 4 | Walnut Creek, CA 94596 |
|   | Telephone: (925) 300-4455 |
| 5 | Facsimile:  (925) 407-2700 |
|   | E-mail: ltfisher@bursor.com |
| 6 | jwilner@bursor.com |
|   | jglatt@bursor.com |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| ALANA WATKINS and JO ANN ACCARDI, individually and on behalf of all others similarly situated, | Case No. 5:24-cv-03529-PCP |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST ILLUMINATI LABS, LLC ONLY** |
| v. | |
| ILLUMINATI LABS LLC, AND RISEWELL LLC, D/B/A RISEWELL, | Hon. P. Casey Pitts |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Alana Watkins and Jo Ann Accardi hereby voluntarily dismiss without prejudice their claims against Illuminati Labs, LLC **only**. Plaintiffs are **not** dismissing their claims against RiseWell, LLC.

Dated: June 21, 2024                    **BURSOR & FISHER, P.A**.

                                        By:      */s/ L. Timothy Fisher*
                                                    L. Timothy Fisher

                                        L. Timothy Fisher (State Bar No. 191626)
                                        Joshua R. Wilner (State Bar No. 353949)
                                        Joshua B. Glatt (State Bar No. 354064)
                                        1990 North California Blvd., Suite 940
                                        Walnut Creek, CA 94596
                                        Telephone: (925) 300-4455
                                        Facsimile:  (925) 407-2700
                                        E-mail: ltfisher@bursor.com
                                                jwilner@bursor.com
                                                jglatt@bursor.com

                                        *Attorneys for Plaintiffs*