**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
          jwilner@bursor.com
          jglatt@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA WATKINS and JO ANN ACCARDI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RISEWELL LLC, d/b/a RISEWELL,<br><br>Defendant. | Case No. 5:24-cv-03529-PCP<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiffs Alana Watkins and Jo Ann Accardi hereby dismiss, without prejudice, their claims against Defendant Risewell LLC.

Dated:  July 29, 2024                            Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:     /s/ L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
            jwilner@bursor.com
            jglatt@bursor.com

*Attorneys for Plaintiff*